**MYTEE PRODUCTS, INC.,**
Plaintiff–Appellant,

v.

**HARRIS RESEARCH, INC.,**
Defendant–Cross
Appellant,

and

**Does 1 through 20, Defendants.**

Nos. 2010–1207, 2010–1226.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2010.

Anthony J. Dain, Procopio, Cory, Hargreaves, San Diego, CA, for Plaintiff–Appellant.

Keely Schneiter, Bearnson & Peck, Logan, UT, for Defendant–Cross Appellant.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule

---

the District Court to consider the parties' motion to vacate.

30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.